IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELANEY YONCHEK, | : | |
| | : | |
| Plaintiff, | : | Honorable Paul S. Diamond |
| | : | |
| v. | : | Civil Action No. 2:19-cv-05083 |
| | : | |
| THE MIDDLE EAST FORUM, | : | Jury Trial Demanded |
| DANIEL PIPES (*individually*) and | : | |
| GREG ROMAN (*individually*) | : | |
| | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE AGAINST DEFENDANT THE MIDDLE EAST FORUM, DANIEL PIPES AND GREG ROMAN UNDER FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff, Delaney Yonchek, by and through her undersigned counsel, hereby withdraws all claims filed against Defendant, The Middle East Forum, Daniel Pipes (individually), and Greg Roman (individually), and further voluntarily dismisses all claims *without prejudice* asserted against Defendant, The Middle East Forum, Daniel Pipes (individually), and Greg Roman (individually), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully,

*/s/ Seth D. Carson*
Seth D. Carson, Esq.
DEREK SMITH LAW GROUP, PLLC
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103
Phone: 215.391.4790
Facsimile: 215.893.5288
Email: seth@dereksmithlaw.com

Dated: December 11,
2019

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of December, 2019, I caused to be served a true and correct copy of the foregoing Plaintiff's Notice of Dismissal of All Claims With Prejudice Against Defendant The Middle East Forum, Daniel Pipes (individually), and Greg Roman (individually) Under Fed. R. Civ. P. 41(a)(1)(A)(i) by the CM/ECF system upon the following:

David J. Walton, Esq.
COZEN O'CONNOR
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
*Attorney for Defendants*

and

Sidney Gold, Esq.
1835 Market Street, Suite 515
Philadelphia, PA 19103
*Attorney for Defendant Greg Roman*

DEREK SMITH LAW GROUP, PLLC

/s/ Seth D. Carson
Seth D. Carson, Esq.